# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

ANDREW JEFFERSON,

    Petitioner,

vs.

BRIAN E. WILLIAMS, SR., *et al.*,

    Respondents.

_____/

2:16-cv-00434-APG-NJK

**ORDER**

    In this habeas corpus action, brought by Nevada prisoner Andrew Jefferson, the respondents were due to file an answer or other response to Jefferson's habeas petition by June 7, 2016. *See* Order entered April 8, 2016 (ECF No. 5) (60 days for response).

    On June 3, 2016, respondents filed a motion for extension of time (ECF No. 8), requesting an extension of time to July 26, 2016 -- a 50-day extension of time -- to respond to Jefferson's petition. Respondents' counsel states that the extension of time is necessary because of his obligations in other cases. This would be the first extension of this deadline.

    The court finds that respondents' motion for extension of time is made in good faith and not solely for the purpose of delay, and that there is good cause for the extension of time respondents request.

1  **IT IS THEREFORE ORDERED** that respondents' Motion for Enlargement of Time (ECF No. 8) is **GRANTED**. Respondents shall have until and including **July 26, 2016**, to answer or otherwise respond to the habeas corpus petition in this action.

**IT IS FURTHER ORDERED** that, in all other respects, the schedule for further proceedings set forth in the order entered April 8, 2016 (ECF No. 5) shall remain in effect.

Dated this 6th day of June, 2016.

_____
UNITED STATES DISTRICT JUDGE